UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SAMUEL GLASMAN, | |
|---|---|
| Plaintiff, | Case No. 23-cv-06449-DMR |
| v. | **ORDER OF CONDITIONAL DISMISSAL** |
| UNITED PARCEL SERVICE, INC., et al., | |
| Defendants. | |

The court has been notified of the settlement of this action, and it appears that no issue remains for the court's determination.

IT IS HEREBY ORDERED that this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 60 days of this order. All scheduled dates, including the trial and pretrial dates, are VACATED.

**IT IS SO ORDERED**.

Dated: November 15, 2024

_____
DONNA M. RYU
Chief Magistrate Judge